**2003–0046. Kirkhart v. Keiper.**

Portage App. No. 2001–P–0069, 2002-Ohio-6472.

RESNICK and COOK, JJ., dissent.

**2003–0048. Wilson v. Brush Wellman, Inc.**

Cuyahoga App. No. 80985, 2002-Ohio-5566.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0053. State v. Leach.**

Hamilton App. No. C–020106, 2002-Ohio-6654.

F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., dissent.

**2003–0067. Thomson v. OHIC Ins. Co.**

Butler App. No. CA2002–03–055, 2002-Ohio-6517.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0074. Knox v. Travelers Ins. Co.**

Franklin App. No. 02AP–28, 2002-Ohio-6958. Discretionary appeal and cross-appeal allowed; sua sponte, cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–0090. State v. Zima.**

Cuyahoga App. No. 80824, 2002-Ohio-6327.

MOYER, C.J., RESNICK and O'CONNOR, JJ., dissent.

**2003–0106. State v. Siferd.**

Hancock App. No. 5–02–09, 2002-Ohio-6801. Discretionary appeal allowed on Proposition of Law No. X; sua sponte, cause held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; briefing schedule stayed.

RESNICK, PFEIFER and COOK, JJ., would also allow all other propositions of law.

F.E. SWEENEY, J., dissents.